NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BLUE AIR FSE LLC, BLUENIX CO., LTD.,**

*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**

*Appellee*

**HOSHIZAKI AMERICA, INC.,**

*Intervenor*

---

2025-1860

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1369.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                    BLUE AIR FSE LLC v. ITC

(2) Each side shall bear their own costs.

FOR THE COURT

July 1, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 1, 2026